**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Andre Sherrod,**

      **Plaintiff,**

      **v.**

**Bimbo Bakeries USA, Inc.,**

      **Defendant.**

**Case No. 2:19–cv–4763**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

## ORDER

On November 4, 2021, Magistrate Judge Vascura issued a Report and Recommendation ("R&R"), ECF No. 41, recommending that the Court grant Plaintiff's Motion to Substitute. In the R&R, Magistrate Judge Vascura notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 5–6, ECF No. 41. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The time for objecting has passed, and no party has objected. Accordingly, the R&R is **ADOPTED**. The Clerk is **DIRECTED** to substitute Tori Sherrod, on behalf of the estate of André Sherrod, as Plaintiff in this action and to terminate ECF Nos. 38 and 41.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**